UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGELA AUSTIN, et al., )<br>           Plaintiffs, )<br> )<br>  vs. )<br> )<br>LIFE PARTNERS, INC., et al., )<br> )<br>           Defendants. ) | 2:11-CV-01767-PMP-GWF<br><br>**ORDER** |

Having read and considered Defendants' Motion for District Judge to Reconsider Order Re Magistrate Judge's Order on Attorney's Fees (Doc. #43) and Plaintiffs' Response in Opposition thereto (Doc. #44), and good cause appearing,

**IT IS ORDERED** that Defendants' Motion for District Judge to Reconsider Order Re Magistrate Judge's Order on Attorney's Fees (Doc. #43) is **DENIED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge